## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 5:01-00091-01

EDWARD JAMES COLLINS


### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion, brought pursuant to 18 U.S.C. § 3582(c)(2), asking the court for a reduction in his sentence based on a subsequent reduction in the applicable sentencing guideline.  (Doc. # 121).  On November 1, 2010, pursuant to the Fair Sentencing Act of 2010, the United States Sentencing Guidelines were amended, resulting in reductions in the guidelines in Section 2D1.1 for cocaine base. These temporary, emergency amendments to the Guidelines took effect on November 1, 2010.  Permanent amendments implementing the Act were promulgated on April 6, 2011, with an effective date of November 1, 2011.  Subsequently, the Sentencing Commission voted to give retroactive effect to the permanent amendments. Pursuant to a Standing Order entered on October 7, 2011, this case was designated for Standard consideration.

The court has received and considered the Original Presentence Investigation Report (PSI), the Judgment and Commitment Orders and Statement of Reasons, addendum to the PSI from the Probation Office, memoranda filed by defendant and the

United States, and other matters of record.  The court has also
considered the applicable factors under 18 U.S.C. § 3553(a),
consistent with § 3582(c)(2), and public safety.

Having reviewed the materials of record, the court has
determined that the motion must be **DENIED**.  As defendant
concedes, the guideline range applicable to defendant has not
been lowered as a result of the amendment.

The Clerk is **DIRECTED** to send a copy of this Memorandum
Opinion and Order to defendant, counsel of record, the United
States Probation Office, and the United States Marshal for the
Southern District of West Virginia.

It is SO ORDERED this 30th day of August, 2012.

ENTER:

David A. Faber
Senior United States District Judge